UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIMS,<br><br>　　　　Defendant. | No. 2:16-cv-2749 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges a violation of his civil rights by defendant Mims, a psychologist at California State Prison Corcoran (CSP-COR).  Plaintiff is now incarcerated in Valley State Prison in Chowchilla.

　　　　The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which is not commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of this court.[1]

---

[1] Plaintiff asserts that he is in imminent danger based on an alleged ongoing conspiracy "against his life" within the California Department of Corrections and Rehabilitation.  ECF No. 1 at 10. Plaintiff asserts that this imminent danger is demonstrated by the filing of his "twelve other recent (continued…)

1

1    In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2 request to proceed in forma pauperis.
3    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:
4    1.  This action is transferred to the United States District Court for the Eastern District of
5 California sitting in Fresno; and
6    2.  All future filings shall reference the new Fresno case number assigned and shall be
7 filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

10   DATED: December 1, 2016

        /s/ Allison Claire
        ALLISON CLAIRE
        UNITED STATES MAGISTRATE JUDGE

---

cases." Id.  Review of the court's docket indicates that plaintiff has, in 2016, filed 19 separate cases against various defendants.  Because plaintiff is no longer incarcerated in CSP-COR and directly subject to further decisions by defendant Mims, the undersigned provisionally concludes that plaintiff is not in imminent danger based on the matters alleged in this particular case, but nevertheless notes plaintiff's concerns for purposes of further review in the Fresno Division of this court.